Hillsborough,
June 29, 1933.

OLYMPIA ATHANASIOU *v.* NICHOLAS ROFTSIAS.

NICHOLAS ROFTSIAS *v.* OLYMPIA ATHANASIOU.

*Osgood & Osgood (Mr. Clinton S. Osgood* orally), for Olympia.

*James A. Broderick,* (by brief), for Roftsias.

*Per Curiam.* If the excluded evidence was relevant, it was within the trial court's discretion to exclude it for remoteness. As the exclusion may have been for this reason, the exception, being general, presents no legal question. *Boulanger* v. *McQuesten,* 79 N. H. 175, 176.

The case shows evidence warranting the argument excepted to.

*Judgments on the verdicts.*

WOODBURY, J., did not sit.